**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1747

CHRISTINE M. LUCAS,

Plaintiff – Appellant,

v.

CITIMORTGAGE INC.,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.    Alexander Williams, Jr., District Judge.  (8:13-cv-01196-AW)

Submitted: October 22, 2013       Decided:  October 24, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christine M. Lucas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christine M. Lucas appeals the district court's order dismissing her civil complaint for lack of jurisdiction pursuant to the Rooker-Feldman[*] doctrine. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Lucas v. CitiMortgage, Inc., No. 8:13-cv-01196-AW (D. Md. filed May 21, 2013 & entered May 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] D.C. Court of Appeals v. Feldman, 460 U.S. 462 (1983); Rooker v. Fid. Trust Co., 263 U.S. 413 (1923).